UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>   v.<br><br>CLARK, et al.,<br><br>        Defendants. | No. 2:19-cv-0020 CKD P<br><br><br>ORDER |

On January 9, 2019, the court informed plaintiff that before he may proceed with this action he must submit a request to proceed in forma pauperis or pay the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff has not complied with the court's order. Good cause, appearing, the court will grant plaintiff one more opportunity to comply. Plaintiff is informed that he need not submit a copy of his trust account statement with an in forma pauperis application. The court will obtain the statement directly from the California Department of Corrections and Rehabilitation once a completed in forma pauperis application is submitted.

/////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: February 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
hamm0020.3a(CDCR(2)